UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BARCLAYS CAPITAL INC., | |
|            Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:16-CV-173-RWS |
| WILLIAM THOMAS PAIR, | |
|            Defendant. | |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of plaintiff's Motion to Confirm the Arbitration Award and Defendant's Motion to Vacate, and the court having granted in part and denied in part Plaintiff's motion and granted Defendant's motion as it only sought vacatur of portions of the award, it is

**Ordered and Adjudged** that the arbitration award is vacated as to award of principal and interest under the New Note and confirmed as to the denial of Defendant Pair's counterclaims. It is further ordered and adjudged that the award of $360,000 in attorney' fees is also vacated, and this action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia this 16th day of March, 2017.

                                                    JAMES N. HATTEN
                                                    DISTRICT COURT EXECUTIVE and
                                                    CLERK OF COURT

                                      By: s/*Barbara D. Boyle*
                                           Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  March 16, 2017
James N. Hatten
Clerk of Court
By: s/B. D. Boyle
      Deputy Clerk